# United States District Court
## Northern District of Illinois
### Eastern Division

DOCKETED
JUL 3 0 2004

JEFFREY BRADLEY, et al      **JUDGMENT IN A CIVIL CASE**

v.      Case Number: 01 C 2963

AMSTED INDUSTRIES, INC., et al

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the motion for clarification or modification of our class certification order in Armstrong is denied. As members of the Armstrong class, plaintiffs are subject to the grant of summary judgment for defendants in that case.

Michael W. Dobbins, Clerk of Court

Date: 7/29/2004

*Linda Garth*
Linda Garth, Deputy Clerk

218