# United States District Court
## Northern District of Illinois
### Eastern Division

..KETED

JUL 3 0 2004

JUAN ARMSTRONG, et al  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 01 C 2963

AMSTED INDUSTRIES, INC., et al

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Amsted defendants' and LaSalle's motions for summary judgment are granted. Plaintiffs' motion for summary judgment is denied. Defendants Berg, Sopranos and Chiappetta's motion for summary judgment is moot, and is therefore denied.

Michael W. Dobbins, Clerk of Court

Date: 7/29/2004

Linda Garth, Deputy Clerk