IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
AUG 3 0 2004

| | |
|---|---|
| JEFFERY BRADLEY, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 01 C 2963 |
| ) | MDL No. 1417 |
| AMSTED INDUSTRIES, INC., ) | Hon. James B. Moran |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To: ALL COUNSEL LISTED BELOW

PLEASE TAKE NOTICE that on this 27th day of August, 2004, Counsel for CLASS PLAINTIFFS caused to be filed with this court CLASS PLAINTIFFS' NOTICE OF APPEAL, and DOCKETING STATEMENT, a copy of which is attached hereto and served upon you.

_____
Gary D. McCallister

Gary D. McCallister & Associates, Ltd.
29 South LaSalle, Suite 1210
Chicago, Illinois 60603
(312) 345-0611
(312) 345-0612 (Fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was this 27th day of August, 2004, served on the following by placing same in the First-Class U.S. Mail, postage prepaid and properly addressed to:

Richard H. Schnadig
Charles B. Wolf
Michael G. Cleveland
Charis A. Runnels
Alison J. Maki
Vedder Price Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003

David Ackerman
Theodore M. Becker
Keith C. Hannigan
Jenkens & Gilchrist
225 W. Washington Street, Suite 2600
Chicago, Illinois 60606-3418

Gary D. McCallister



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE AMSTED INDUSTRIES, INC. "ERISA" LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> JUAN ARMSTRONG, JAMES E. DUCKETT, RODERICK GILLESPIE, LARRY HOLDER, JACK D. LECROY, DARWYN LIGHTSEY, MICHAEL G. MARCHANT, JOE LEE MASON, JR., CHARLES McQUEEN, NOEL G. SANDERS, III, DWIGHT SMITH, JOHN E. SMITH, GERARD WALKER, DANIEL L. WHEELER, and MIGUEL ZEPEDA, JR., individually, in their capacity as plan participants and beneficiaries on behalf of AMSTED Industries, Inc. Employee Stock Ownership Plan as a whole, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMSTED INDUSTRIES, INC., AMSTED INDUSTRIES, INC. EMPLOYEES' STOCK OWNERSHIP PLAN (ESOP), and ARTHUR W. GOETSCHEL, RAYMOND A. JEAN, DAVID B. WHITEHURST, LEWIS COLLENS, JOHN M. DIXON, JOHN E. JONES, W. ROBERT REUM, RICHARD E. TERRY, GORDON R. LOHMAN, THOMAS C. BERG, JOSEPH W. NEWMAN, PAUL F. FISCHER, O.J. SOPRANOS, BYRON D. SPEICE, ROBERT A. CHIAPPETTA, and MATTHEW J. HOWER, individually and in their capacities as directors, officers and agents | Case No. 01 C 2963 <br> MDL No. 1417 <br> Judge James B. Moran <br><br> Case Numbers: <br> *Armstrong v. AMSTED Indus., et al.*, CV-01-BU-2081-S (N.D. Ala.); <br> *Duckett v. AMSTED Indus., et al.*, CV-01-J-2118-S (N.D. Ala.); <br> *Gillespie v. AMSTED Indus., et al.*, CV-01-S-2083-S (N.D. Ala.); <br> *Holder v. AMSTED Indus., et al.*, CV-01-BU-2120-S (N.D. Ala.); <br> *LeCroy v. AMSTED Indus., et al.*, CV-01-HGD-2025-S (N.D. Ala.); <br> *Lightsey v. AMSTED Indus., et al.*, CV-01-N-2119-S (N.D. Ala.); <br> *Marchant v. AMSTED Indus., et al.*, CV-01-1962-S (N.D. Ala.); <br> *Mason v. AMSTED Indus., et al.*, CV-01-S-2082-S (N.D. Ala.); <br> *McQueen v. AMSTED Indus., et al.*, CV-01-JEO-2042-S (N.D. Ala.); <br> *Sanders v. AMSTED Indus., et al.*, CV-01-B-2117-S (N.D. Ala.); <br> *Smith, D v. AMSTED Indus., et al.*, CV-01-B-2124-S (N.D. Ala.); <br> *Smith, J v. Amsted Indus., et al.*, CV-01-B-2122-S (N.D. Ala.); <br> *Walker v. AMSTED Indus., et al.*, CV-01-B-2123-S (N.D. Ala.); <br> *Wheeler v. AMSTED Indus., et al.*, CV-01-JEO-2121-S (N.D. Ala.). <br><br> (Consolidated in MDL 1417) |

of AMSTED Industries, Inc., and fiduciaries of )
the AMSTED Industries, Inc. Employee Stock )
Ownership Plan, and LASALLE BANK )
NATIONAL ASSOCIATION, )
)
Defendants. )
_____ )

**PAID**
RECEIPT # 1041904 9
AUG 27 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED**
AUG 30 2004

## JOINT NOTICE OF APPEAL

Notice is hereby given that plaintiffs Juan Armstrong, James E. Duckett, Roderick Gillespie, Larry Holder, Jack D. LeCroy, Darwyn Lightsey, Michael G. Marchant, Joe Lee Mason, Jr., Charles McQueen, Noel G. Sanders, III, Dwight Smith, John E. Smith, Gerard Walker, Daniel L. Wheeler, and Miguel Zepeda, Jr., hereby appeal to the United States Court of Appeals for the Seventh Circuit from final judgment entered in this action on July 29, 2004.

Per the Court's March 5, 2002, Order granting Motion for Entry of Plaintiffs' Case Management Order, this Joint Notice of Appeal is deemed filed in the following cases:

| CASE NAME | N.D. AL. CASE # LISTED IN STYLE ABOVE | N.D. IL. CASE # |
|---|---|---|
| *Armstrong v. AMSTED Indus, et al.* | CV-01-BU-2081-S | 01 C 8210 |
| *Duckett v. AMSTED Indus., et al.* | CV-01-J-2118-S | 01 C 8214 |
| *Gillespie v. AMSTED Indus., et al.* | CV-01-S-2083-S | 01 C 8212 |
| *Holder v. AMSTED Indus., et al.* | CV-01-BU-2120-S | 01 C 8216 |
| *LeCroy v. AMSTED Indus., et al.* | CV-01-HGD-2025-S | 01 C 8208 |
| *Lightsey v. AMSTED Indus., et al.* | CV-01-N-2119-S | 01 C 8215 |
| *Marchant v. AMSTED Indus., et al.* | CV-01-N-1962-S | 01 C 8221 |
| *Mason v. AMSTED Indus., et al.* | CV-01-S-2082-S | 01 C 8211 |
| *McQueen v. AMSTED Indus., et al.* | CV-01-JEO-2042-S | 01 C 8209 |
| *Sanders v. AMSTED Indus., et al.* | CV-01-B-2117-S | 01 C 8213 |
| *Smith, D v. AMSTED Indus., et al.* | CV-01-B-2124-S | 01 C 8220 |
| *Smith, J v. AMSTED Indus., et al.* | CV-01-B-2122-S | 01 C 8218 |
| *Walker v. AMSTED Indus., et al.* | CV-01- B-2123-S | 01 C 8219 |
| *Wheeler v. AMSTED Indus., et al.* | CV-01-JEO-2121-S | 01 C 8217 |

Plaintiffs/Appellants have paid with the filing of this Joint Notice of Appeal an appellate

2



docketing fee of $255.

                                                      Gary D. McCallister, Counsel of Record

Gary D. McCallister  
Eric I. Unrein  
Thomas A. Kelliher  
GARY D. MCCALLISTER & ASSOCIATES, LTD.  
29 South LaSalle Street, Suite 1210  
Chicago, Illinois 60613  
Telephone:   (312) 345-0611  
Facsimile:    (312) 345-0612  

Pamela B. Slate  
Susan E. Kennedy  
SLATE KENNEDY, LLC  
2001 Park Place North, Suite 450  
Birmingham, Alabama 35203  
Telephone:   (205) 328-7700  
Facsimile:    (205) 328-7701  

3