

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUAN ARMSTRONG, et al.,

       Plaintiff,

vs.

LA SALLE BANK, N.A.,

       Defendant.

No. 01 C 2963
(MDL No. 1417)

## MEMORANDUM OPINION AND ORDER

Defendant, on February 28, 2007, moved for section 1292(b) certification. This court had earlier issued a written suggestion of remand which explained why, reluctantly, we were so proceeding. During the motion call on February 28, 2007, we orally (and briefly) explained why we were prepared to enter the section 1292(b) certification, and we asked defendant to draft an appropriate order.

Defendant came back with a draft order of 10 pages, certainly far more than plaintiffs and this court anticipated. Plaintiffs object, particularly as they were not consulted (and they should have been), and the order vacates, for now, the judgment of a suggestion to remand. But we believe that the draft order fairly presents the position of this court, that the Court of Appeals is entitled to know that position, and that the MDL Panel should not be burdened with determining a suggestion of remand when it remains unclear whether or not that suggestion may be withdrawn.

                                                                                    JAMES B. MORAN
                                                                            Senior Judge, U. S. District Court

March 2, 2007.